UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff.<br><br>　v.<br><br>CRAIG BRANSETTER, WILLIAM SPALDING, HEATHER RUIZ, MEGAN GRIJALVA, ANGELICA GUTIERREZ, RAMINA ISAAC, JENNIFER HUNGER, DOS PALOS-ORA LOMA JOINT UNIFIED SCHOOL DISTRICT and DOES 1-50, INCLUSIVE,<br><br>　　　　　Defendants. | No. 1:17-CV-01186-DAD-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(Doc. 19) |

On January 26, 2018, the parties filed a Joint Stipulation to dismiss the matter with prejudice. (Doc. 19.) Accordingly, based on the parties' Stipulation, this action has been dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Court DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: 　**January 29, 2018**　　　　　　　　/s/ *Sheila K. Oberto*　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1